IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 10-40018 |
| | ) | |
| | ) | MINUTES OF COURT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DATE: 4/28/2010 |
| | ) | |
| CAROLYN REA and | ) | |
| MELANIE A. HAAS, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court for purposes of case management and calendar control.

   It is hereby ORDERED that this matter is STRICKEN from the 5/13/2010 docket and reset for final pre-trial on 5/20/2010 at 9:30 a.m. in Benton, IL for the above styled defendants.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk